Alyson C. McAllister (#9886)
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
alyson@sykesmcallisterlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## SOUTHERN DIVISION

| | |
|---|---|
| VAUGHN REID, for himself, and VAUGHN REID and LILIBETH FOSTER, on behalf of V.G.R., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COLONEL MICHAEL RAPICH, SUPERINTENDENT OF THE UTAH HIGHWAY PATROL; SEVIER COUNTY; RICHFIELD CITY; SERGEANT BRONSON WOOD; DEPUTY TROY CAMPBELL; SERGEANT ADRIAN HILLIN; TROOPER REBECCA MARSHALL; TROOPER BREMMER; and JOHN and JANE DOES 1-10,<br>Defendants. | **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br><br>Case No. 4:23-cv-00086-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

In response to the Docket Text Order of April 22, 2024, Plaintiff submits the following status report as to the service of the Complaint in this case:

Plaintiffs have been in communications with the attorneys for all of the parties and they have all received a copy of the Complaint. At least one of the attorneys has filed a notice of

appearance and the others should be filing them shortly as well. However, it has been brought to our attention that some of the parties are not appropriately part of the claim. Plaintiffs are attempting to work that out with the other parties so Plaintiffs can file an amended complaint or a notice of dismissal removing the unnecessary parties. In the meantime. Plaintiffs will make sure the waivers or acceptances of service are filed with the court as soon as possible.

DATED this 24th day of April, 2024.

**SYKES MCALLISTER LAW OFFICES, PLLC**

*/s/ Alyson C. McAllister*
ALYSON C. McALLISTER
*Attorney for Plaintiffs*